CREDITORS COMPOSITION CORPORATION, Appellant, *v.* AMERICAN MARACAIBO COMPANY, Respondent, Impleaded with Another.

(Argued October 17, 1935; decided November 19, 1935.)

*Frank C. Laughlin, Stewart W. Bowers, Benjamin P. DeWitt* and *Sidney Pepper* for appellant.

*Frederick R. Ryan* and *Samuel A. Adamson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.